**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CNC Homes, LLC,  </br>         Plaintiff,  </br>  </br> v.  </br>  </br> Alexander Colin,  </br>         Defendant. | **CIVIL ACTION**  </br> **NO. 12-cv-10047-WGY** |

AMENDED REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE YOUNG

HENNESSY, M.J.

On   May 27, 2014 and various other dates for teleconferences   I held the following ADR proceedings:

____   EARLY NEUTRAL EVALUATION         _X_   MEDIATION
____   MINI-TRIAL                                       ____   SUMMARY JURY TRIAL
____   SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer.
The case was:

( X )  Settled. Your clerk should enter a  _30_  day order of dismissal.
(   )  There was progress. A further conference has been scheduled for _____.
       unless the case is reported settled prior to that date.
(   )  Further efforts to settle this case at this time are, in my judgment, unlikely to be
       productive. This case should be restored to your trial list.

July 11, 2014                                                  /s/ David. H. Hennessy
Date                                                                David H. Hennessy, USMJ